**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

                                  RE:    SEAN SCOTT MILLARD
                                            Docket Number:  1:00CR05003-001 AWI
                                            <u>Requested Dismissal of Probation</u>
                                            <u>Violation Warrant</u>

Your Honor:

This memorandum is to request the Court vacate and recall the probation violation warrant issued for the defendant's arrest.

The Ninth Circuit Court of Appeals' decision in <u>U.S. v. Vargas-Amaya</u>, 389 F. 3d 901 (2004) ruled that a Court's jurisdiction to revoke supervision beyond the term of supervision ordered, is extended if the warrant was issued "upon probable cause, supported by Oath or Affirmation," as required by the Fourth Amendment.  On violation Petitions issued prior to 2004, there was no oath or affirmation in our Petitions; therefore, on this defendant's Petition, there is no oath or affirmation.

On March 6, 2000, the defendant appeared before Your Honor for sentencing based on violation of 36 CFR 34.5(17) and 2.31(a)(3), Vandalism.  He was placed on 2 years probation and ordered to pay $930 as restitution and a $10 special assessment.  In addition to standard conditions, he was ordered to complete 50 hours of community service by September 6, 2000.

On May 5, 2000, a Violation Petition was filed, alleging the defendant failed to notify the probation officer of a change of address.  On May 8, 2000, Your Honor issued a no-bail arrest warrant.  The warrant remains outstanding.

**RE: SEAN SCOTT MILLARD**
Docket Number:   1:00CR05003-001 AWI
<u>Request for Dismissal of Petition and Warrant</u>

Based on the decision in <u>U.S. v. Vargas-Amaya</u>, it is recommended the Court recall the warrant and dismiss the case.

Respectfully submitted,

/s/ Rick C. Louviere

**Rick C. Louviere**
**Assistant Deputy Chief Probation Officer**

Dated:   March 30, 2011
         Fresno, California
         RCL

_____

### THE COURT ORDERS

( X )   Vacate the Petition for probation violation and recall the warrant issued, pursuant to <u>U.S. Vargas-Amaya</u>.

cc:   United States Attorney's Office
      United States District Court Clerk's Office
      United States Marshals Service

IT IS SO ORDERED.

**Dated:   March 30, 2011**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE